UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS AURELIO PINZON,

               Plaintiff,

- against -

467 STAR DELI INC., ET AL.,

               Defendants.

22-cv-6864 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff having filed an Affidavit in Support of the Proposed Order to Show Cause and corresponding exhibits (ECF No. 26) in error, the Court respectfully directs the Clerk of Court to strike document number 26 from the docket but retain the summary docket text for the record.

SO ORDERED.

Dated:    New York, New York
           October 18, 2022

                                      John G. Koeltl
                               United States District Judge