UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS AURELIO PINZON,

                Plaintiff,

- against -

467 STAR DELI INC., ET AL.,

                Defendants.

22-cv-6864 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On October 4, 2022, the Clerk of Court issued certificates of default as to the defendants 467 Star Deli Inc., Khalil Aldarwish, and Sultan Almuntaser. On October 17, 2022, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 28. The plaintiff served the order to show cause on the defendants that same day. ECF No. 31. The time to respond to the order to show cause was October 31, 2022, see ECF No. 28, but to date, the defendants have failed to respond. Accordingly, the plaintiff Jose Luis Aurelio Pinzon is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
           November 9, 2022

                                      John G. Koeltl
                                   United States District Judge