UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE LUIS AURELIO PINZON a.k.a AXEL,
*individually and on behalf of others similarly situated,*

                         *Plaintiff*,

     -against-

467 STAR DELI INC (D/B/A 467 STAR DELI), SULTAN M. ALMUNTASER, and KHALIL A. ALDARWISH a.k.a ZACK,

                         *Defendants.*
-----------------------------------------------------------X

Docket No.: 22-cv-06864 (JGK)

**PROPOSED DEFAULT JUDGMENT**

## JUDGMENT

Plaintiff commenced this action by filing a Complaint (and associated documents) on August 11, 2022. (ECF Dkt. No. 1).

To date, Defendants 467 Star Deli Inc (d/b/a 467 Star Deli), Sultan M. Almuntaser, and Khalil A. Aldarwish a.k.a. Zack, have failed to answer or otherwise respond to the Complaint. The Clerk of this Court certified the defaults of 467 Star Deli Inc (d/b/a 467 Star Deli), Sultan M. Almuntaser, and Khalil A. Aldarwish a.k.a. Zack on October 4, 2022 (ECF Dkt. Nos. 22, 23, and 24).

NOW, on motion of Plaintiff, by his attorneys, CSM Legal, P.C., it is hereby ORDERED, ADJUDGED, AND DECREED:

That Plaintiff have judgment joint and severally against 467 Star Deli Inc (d/b/a 467 Star Deli), Sultan M. Almuntaser, and Khalil A. Aldarwish a.k.a. Zack in the amount of $49,378.56 including (A) compensatory damages for unpaid minimum wages and overtime compensation in the amount of $18,557.00; (B) liquidated damages for unpaid minimum wages and overtime

compensation in the amount of $18,557.00; (C) statutory damages for violations of New York Labor Law § 195(1) in the amount of $5,000.00; (D) statutory damages for violations of New York Labor Law § 195(3) in the amount of $5,000.00; and (E) pre-judgment interest on unpaid minimum wages and overtime compensation calculated at the rate of 9% per annum to the date of judgment, totaling $2,264.56 as of December 8, 2022.

That Plaintiff is awarded attorney's fees in the amount of $6,370.00 and costs in the amount of $786.00.

That Plaintiff is awarded post-judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:   New York, New York
         _____

                                    _____
                                           HON. JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

                                    This document was entered on the docket on

                                                          _____.