```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

JOSE LUIS AURELIO PINZON,

                Plaintiff,

    - against –

467 STAR DELI INC., ET AL.,

                Defendants.

                                  22-cv-6864 (JGK)

                                  <u>ORDER</u>

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Cave dated July 31, 2023. ECF No. 49 (the "R&R"). No objections to the R&R were filed, and the time for filing objections has passed. In any event, the Court finds that the R&R is well-founded, and therefore the Court adopts the R&R. The Clerk is respectfully directed to enter judgment in accordance with the R&R and to close this case.

**SO ORDERED.**

Dated:    New York, New York
            August 18, 2023

                                              /s/ John G. Koeltl
                                        ────────────────────
                                            **John G. Koeltl**
                                 **United States District Judge**