**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSE LUIS AURELIO PINZON,

                Plaintiff,                              22 **CIVIL** 6864 (JGK)

     -against-                                      **JUDGMENT**

467 STAR DELI INC., ET AL.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 18, 2023, the Court has reviewed the Report and Recommendation of Magistrate Judge Cave dated July 31, 2023. ECF No. 49 (the "R&R"). No objections to the R&R were filed, and the time for filing objections has passed. In any event, the Court finds that the R&R is well-founded, and therefore the Court has adopted the R&R. Pinzon is awarded (1) damages in the amount of $17,147.00, comprised of $1,880.00 in unpaid minimum wages and $15,267.00 in unpaid overtime wages; (2) $17,147.00 in liquidated damages; (3) prejudgment interest on Pinzon's damages for unpaid minimum and overtime wages (i.e., $17,147.00) at a rate of nine percent per annum from the period of September 22, 2021 to the date of entry of judgment, in the amount of $2,938.48; (4) post-judgment interest pursuant to 28 U.S.C. § 1961; (5) attorneys' fees and costs in the amount of $6,906.00. No statutory damages under the WTPA are awarded due to lack of standing; accordingly, the case is closed.

**Dated:**  New York, New York
           August 18, 2023

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                          **BY:**    *K. Mango*

                                                      **Deputy Clerk**